[No. 381.  Decided January 6, 1892.)

FRANK PAUL, *Respondent,* v. HERMAN CHAPIN, *et al., Appellants.*

*Appeal from Superior Court, King County.*

*Gale, Fay & Henderson,* for appellants.
*Andrews & Barnes,* for respondent.

STILES, J.—This case is identical with *Paul v. Furth,* and *Paul v. McGraw, ante,* p. 296, in which decision was heretofore filed (Dec. 9), and upon the authority of those cases the judgment herein is reversed.

ANDERS, C. J., and DUNBAR, SCOTT & HOYT, JJ., concur.

28—3 WASH.

# REPORTS OF CASES

DECIDED IN

# THE SUPREME COURT

OF THE

## STATE OF WASHINGTON,

AT THE

## JANUARY SESSION, 1892.